

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Carl Emanuel Lewis v. Bridney Yancy

Appellate case number:    01-19-00348-CV

Trial court case number:   2019-15182

Trial court:               280th District Court of Harris County

On June 7, 2019, appellant, Carl Emanuel Lewis, filed in this Court a Notice of Appeal seeking review of the trial court's order sustaining the contest to his affidavit of inability to pay costs. We construe this notice of appeal as motion challenging the trial court's order. *See* TEX. R. CIV. P. 145(g)(1), (2).

Accordingly, we direct the court reporter to prepare and file a reporter's record of all proceedings on appellant's claim of indigence, including a reporter's record of the May 21, 2019 hearing on the contest to appellant's affidavit of inability. *See* TEX. R. CIV. P. 145(g)(3).

The reporter's record of the May 21, 2019 hearing and any other reporter's records on the contest to the affidavit of inability shall be prepared and filed without charge to appellant. *See* TEX. R. CIV. P. 145(g)(3). **These reporter's record(s) are due to be filed no later than 14 days from the date of this order.**

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
               ☑ Acting individually    ☐ Acting for the Court

Date: ___July 2, 2019_____

1